# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALENTIN AVENDANO, | NO. CV 14-2278-VAP (MAN) |
| Petitioner, | |
| v. | JUDGMENT |
| GONZALES, WARDEN-C.V.S.P., | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 3, 2014            .

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE